IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE JAMES FOSTER,
FOUNDING FATHERS OF CIVIL
RIGHTS & THEIR BENEFICIARIES,
and BLACK MEN AS A RACE,

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-356-bbc

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case for lack of subject matter jurisdiction.

_____        _____8/27/10_____
Peter Oppeneer, Clerk of Court                    Date