IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAWRENCE JAMES FOSTER,
FOUNDING FATHERS OF CIVIL RIGHTS
& THEIR BENEFICIARIES,
and BLACK MEN AS A RACE,

                                           ORDER

               Plaintiffs,

                                      10-cv-356-bbc

      v.

THE UNITED STATES OF AMERICA.

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Lawrence James Foster has filed a motion for reconsideration of the order

dated August 27, 2010. dkt. #3, dismissing his case for lack of jurisdiction.  In that order,

I noted that plaintiff's complaint was difficult to understand, but I believed the gist of it to

be that the government has not done enough to advance the position of African American

men.  I agreed with plaintiff that racial equality is a laudable goal, but informed him that

federal courts have no authority to take action unless the plaintiff can show that a particular

defendant is violating his rights under a particular law.

      In his motion for reconsideration, plaintiff says that the court overlooked several of

his arguments.  For example, he says that he objects to "[t]he inclusion of Gays and Lesbians

as recipients of The Civil Rights Act" and to "White women [being] included as a minority" because it "pervert[s] the civil rights act."  (Presumably, plaintiff means that federal civil rights laws should not be amended to prohibit discrimination on the basis of sexual orientation and that it was a mistake to prohibit sex discrimination under federal law.)  In addition, he says that Native Americans should be "reconstituted into as much as their original native origin as possible" and that the "Constitution of America needs ratification, in order for any results to be corrected."

Again, this court can take no action on plaintiff's complaint because he has not alleged a violation of his rights under a particular federal law.  If he believes that a statute or constitutional amendment should be enacted or repealed, he is free to express that view to Congress, but he cannot obtain relief in federal court.  U.S. Const., Art. I, § 1 ("All legislative Powers herein granted shall be vested in a Congress of the United States . . ."); U.S. Const., Art. V (constitutional amendments may be proposed by Congress or state legislatures).


ORDER

IT IS ORDERED that plaintiff Lawrence James Foster's motion for reconsideration,

dkt. #5, is DENIED.

Entered this 13th day of September, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

3